The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MICHAEL BRANNAN, Individually, as Administrator of the estate of BARBARA BRANNAN, Deceased, and as Parent and Natural Guardian for his minor children STEPHANIE BRANNAN AND RHIANNA BRANNAN,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER-PERMANENTE; MINDY ROTHBARD, M.D.; and MIKE G. LIN, M.D.,<br><br>Defendants. | NO. C05 05157 FDB<br><br>STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS |

**STIPULATION**

It is hereby stipulated and agreed that (1) C. William Bailey, David D. Swartling and Geoffrey M. Grindeland withdraw as counsel of record for plaintiffs and (2) Jeffrey I. Tilden and Jeffrey M. Thomas of the firm of Gordon Murray Tilden LLP and (subject to obtaining permission to appear and participate *pro hac vice*) Jack A. Meyerson and Rachel B. Weil of the firm of Meyerson & O'Neill are substituted as counsel of record for plaintiffs.

STIPULATION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR PLAINTIFFS - 1
No. C05-05157FDB

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

DATED this _____ day of _____, 2005.

| | |
|---|---|
| **GORDON MURRAY TILDEN LLP** | **MILLS MEYERS SWARTLING** |

By_____          By_____
   Jeffrey I. Tilden, WSBA #12219               C. William Bailey, WSBA #5032
   Jeffrey M. Thomas, WSBA #21175            David D. Swartling, WSBA #6972
                                                                  Geoffrey M. Grindeland, WSBA #35798

**HOFFMAN HART & WAGNER**

By _____
   Scott T. Schauermann, WSBA #26785

## ORDER

It is so ORDERED.

DATED this __3rd__ day of June, 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR PLAINTIFFS - 2
No. C05-05157FDB

**GORDON MURRAY TILDEN LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following.

Scott T. Schauermann
Hoffman Hart & Wagner LLP
1000 SW Broadway, Suite 2000
Portland, OR  97205
Telephone:	503-222-4499
Facsimile:	503-222-2301
E-Mail:	sts@hhw.com

**GORDON MURRAY TILDEN LLP**

By____/s/_____
   Jeffrey I. Tilden, WSBA #12219
   Attorneys for Defendant, Dell, Inc.
   1001 Fourth Avenue, Suite 4000
   Seattle, WA  98154-1007
   Telephone:  (206) 467-6477
   Facsimile:  (206) 467-6292
   Email:  jtilden@gmtlaw.com

STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS - 3
No. C05-05157FDB

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292