THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL BRANNAN, Individually, as Administrator of the estate of BARBARA BRANNAN, Deceased, and as Parent and Natural Guardian for his minor children STEPHANIE BRANNAN and RHIANNON BRANNAN,

Plaintiffs,

v.

NORTHWEST PERMANENTE, P.C.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; MINDY ROTHBARD, M.D.; and MIKE G. LIN, M.D.,

Defendants.

NO. C05-5157 FDB

**ORDER GRANTING PLAINTIFFS' LEAVE OF COURT TO FILE THEIR SECOND AMENDED COMPLAINT**

This matter having come before the Court on the Stipulation Re: Second Amended Complaint and the Court having reviewed the Stipulation hereby GRANTS plaintiffs leave of court to file their Second Amended Complaint in the form as attached as Exhibit "A" to the Stipulation Re: Second Amended Complaint.

Dated this 14th day of June, 2005

ORDER GRANTING PLAINTIFFS LEAVE OF COURT TO FILE THEIR SECOND AMENDED COMPLAINT - 1
(C05-5157 FDB)

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

_[signature]_

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

**PRESENTED BY:**

MILLS MEYERS SWARTLING

By: s/Geoffrey M. Grindeland
    WSBA No.: 35798
    C. William Bailey
    WSBA No. 5032
    David D. Swartling
    WSBA No. 6972
    cwbailey@mms-seattle.com
    dswartling@mms-seattle.com
    ggrindeland@mms-seattle.com
    MILLS MEYERS SWARTLING
    Attorney for Plaintiffs

**APPROVED AS TO FORM AND CONTENT:**

HOFFMAN, HART & WAGNER

By: _____
    Scott T. Schauermann
    WSBA No.: 26785
    1000 SW Broadway, 12th Flr.
    Portland, OR  98205
    (503) 222-4499
    sts@hhw.com
    Attorneys for Defendants
    Mindy Rothbard, M.D.
    and Mike G. Lin, M.D.

ORDER GRANTING PLAINTIFFS LEAVE OF COURT TO FILE THEIR SECOND AMENDED COMPLAINT - 2
(C05-5157 FDB)

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

# CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2005, I electronically filed the [**PROPOSED**] **ORDER GRANTING PLAINTIFFS LEAVE OF COURT TO FILE THEIR SECOND AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

**David D Swartling**
dswartling@mms-seattle.com;
swolford@mms-seattle.com;
dturner@mms-seattle.com

**C William Bailey**
cwbailey@mms-seattle.com

**Geoffrey M. Grindeland**

ggrindeland@mms-seattle.com
kbrown@mms-seattle.com

**Scott T Schauermann**
sts@hhw.com

I further certify that on June 14, 2005, I mailed a true and correct copy of the foregoing to:

N/A

DATED: June 14, 2005.

By:   s/Geoffrey M. Grindeland
WSBA No.: 35798
C. William Bailey
WSBA No.  5032
David D. Swartling
WSBA No. 6972
cwbailey@mms-seattle.com
dswartling@mms-seattle.com
ggrindeland@mms-seattle.com
MILLS MEYERS SWARTLING
Attorneys for Plaintiffs

ORDER GRANTING PLAINTIFFS LEAVE OF COURT TO FILE
THEIR SECOND AMENDED COMPLAINT - 3
(C05-5157 FDB)

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343