Honorable Franklin D. Burgess

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL BRANNAN, Individually, as Administrator of the estate of BARBARA BRANNAN, deceased, and as Parent and Natural Guardian for his minor children STEPHANIE BRANNAN and RHIANNON BRANNAN,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHWEST PERMANENTE, P.C.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; MINDY ROTHBARD, M.D.; and MIKE G. LIN, M.D.,<br><br>Defendants. | No. 05-5157 FDB<br><br>PARTIES' STATEMENT REGARDING MEDIATION |

The parties present the following joint statement regarding the status of W. D. Wash. Local Rule CR 39.1 mediation. Due to various considerations, including but not limited to, the extension of expert disclosure deadlines, the geographical distances of the parties and counsel, the schedule of the mediator, the mediation in this case is scheduled for Friday, April 7, 2006 with mediator Jack G. Rosenow.

PARTIES' STATEMENT RE MEDIATION - 1
S:\WP\CASES\4830\PLEADINGS\mediation.statement.wpd

BURGESS FITZER, P.S.
ATTORNEYS AT LAW
1145 BROADWAY STREET, SUITE 400
TACOMA, WASHINGTON 98402-3584
(253) 572-5324    FAX (253) 627-8928

1 | Immediately following mediation on this date, the parties (or the mediator) will file
2 | a letter of compliance.
3 | DATED this 8 day of March 2006.

BURGESS FITZER, P.S.

_____
PAULA T. OLSON, WSBA#11584
Of Attorneys for Defendants

PARTIES' STATEMENT RE MEDIATION - 2
S:\WP\CASES\4830\PLEADINGS\mediation.statement.wpd

BURGESS FITZER, P.S.
ATTORNEYS AT LAW
1145 BROADWAY STREET, SUITE 400
TACOMA, WASHINGTON 98402-3584
(253) 572-5324    FAX (253) 627-8928

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. I hereby certify that no other parties are to receive notice.

                               /S/
PAULA T. OLSON, WSBA No. 11584
Of Attorney for Defendants
BURGESS FITZER, P.S.
1145 Broadway, Suite 400
Tacoma, Washington 98402
Telephone: (253) 572-5324
Fax: (253) 627-8928
E-mail: paulao@burgessfitzer.com

PARTIES' STATEMENT RE MEDIATION - 3
S:\WP\CASES\4830\PLEADINGS\mediation.statement.wpd

BURGESS FITZER, P.S.
ATTORNEYS AT LAW
1145 BROADWAY STREET, SUITE 400
TACOMA, WASHINGTON 98402-3584
(253) 572-5324    FAX (253) 627-8928