FILED ___ LODGED
RECEIVED
APR 11 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL BRANNON, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>KAISER-PERMANENTE et al.<br><br>    Defendants. | NO. C05-05157 FDB<br><br>NOTICE OF OCCURRENCE OF ALTERNATIVE DISPUTE RESOLUTION |

Pursuant to CR 39.1(c)(6) notice is hereby given that on April 07, 2006 the parties participated in a mediation. The case remains unresolved at this time. I did not submit a letter to the Court recommending the occurrence of continued or other ADR proceedings.

**DATED** this 10th day of April, 2006.

_/s/ Jack G. Rosenow_
Jack G. Rosenow, CR 39.1 Neutral

05-CV-05157-RPT

*LAW OFFICE OF JACK G. ROSENOW*
ATTORNEY AT LAW
3328 South 334th Street
AUBURN, WASHINGTON 98001
(253) 838-8669