Honorable Franklin D. Burgess

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL BRANNAN, Individually, as Administrator of the estate of BARBARA BRANNAN, deceased, and as Parent and Natural Guardian for his minor children STEPHANIE BRANNAN and RHIANNON BRANNAN,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHWEST PERMANENTE, P.C.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; MINDY ROTHBARD, M.D.; and MIKE G. LIN, M.D.,<br><br>Defendants. | No. 05-5157 FDB<br><br>STIPULATION AND PROPOSED ORDER FOR CONTINUATION OF TRIAL DATE, PRETRIAL DATES, AND EXPERT DISCOVERY<br><br>Noted: Friday, April 28, 2006 |

THIS MATTER comes before the court on the parties' Stipulation for Continuation of the Trial Date, Pretrial Scheduling Dates, and Expert Discovery. This stipulation resolves Defendants' Motion for Continuation of Trial Date (dkt. no. 47) and Plaintiffs' Motion to Exclude Defendants' Proposed Expert Witnesses (dkt. no. 44) and said motions should be

STIPULATION AND ORDER FOR TRIAL CONTINUANCE
- 1
C:\Documents and Settings\rmiller\Local Settings\Temp\notesE1EF34\06 May 17 Brannan Stip for New TD.wpd

BURGESS FITZER, P.S.
ATTORNEYS AT LAW
1145 BROADWAY STREET, SUITE 400
TACOMA, WASHINGTON 98402-3584
(253) 572-5324    FAX (253) 627-8928

1  stricken.

2  The parties agree that they delayed taking expensive depositions of the expert
3  witnesses in the hopes that the case would be resolved at mediation in April 2006. The case
4  was not resolved and now, conflicts in scheduling prevent the parties from taking depositions
5  of expert witnesses in time for proper trial preparation for the currently set trial date of June
6  26, 2006. Those conflicts include trials in cases set before the instant case and which cannot
7  be rescheduled. Additional discovery is absolutely necessary in order to properly prepare the
8  case for trial and to use the court's trial time efficiently and effectively.

9  Regarding the new trial date, the parties agree that the dates of November 6, 2006
10 through November 20, 20006 should not be considered due to a special trial setting in another
11 case. Further, the parties seek the first available date from October 1, 2006, regardless of
12 priority in setting.

13 For these reasons, the parties hereby

14 STIPULATE that the Minute Order Scheduling Jury Trial and Pretrial Dates, issued
15 on July 7, 2005, should be modified to continue the trial date to the first available trial setting
16 in October or November 2006, regardless of the priority in setting. The clerk should reset
17 the remaining pretrial scheduling dates in conformity to the new trial date. The parties further

18 STIPULATE that Defendants have provided plaintiff with supplemental expert reports
19 in compliance with Fed. R. Civ. P. 26(a)(2)(B). Defendants have requested the opportunity
20 to have one of their experts examine Rhiannon Brannan and reserve the ability to supplement
21 the report of Dr. Close following any such evaluation and identify additional experts to
22 include a life care planner and economist to testify as to the future costs of funding Rhiannon
23 Brannan's future needs. Further, defendants have agreed to pay for the expert fees of
24 plaintiffs' depositions of Drs. Brady, Rudoff, Nedrow and Hegyvary for a total of two (2)
25 hours for each expert's deposition. Any additional expense for time spent in deposition by

STIPULATION AND ORDER FOR TRIAL CONTINUANCE - 2
C:\Documents and Settings\rmiller\Local Settings\Temp\notesE1EF34\06 May 17 Brannan Stip for New TD.wpd

BURGESS FITZER, P.S.
ATTORNEYS AT LAW
1145 BROADWAY STREET, SUITE 400
TACOMA, WASHINGTON 98402-3584
(253) 572-5324    FAX (253) 627-8928

any of these experts shall be paid by the plaintiffs.  Each party will bear their own expenses other than as set forth herein.  The parties further

STIPULATE that the parties shall agree on a discovery schedule once the court has assigned a new trial date.

Dated this 15th day of May 2006.

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| JACK MEYERSON | PAULA T. OLSON, WSBA#11584 |
| MEYERSON & O'NEILL | BURGESS FITZER, P.S. |
| 1700 Market Street, Suite 3025 | 1145 Broadway Street, Suite 400 |
| Philadelphia, PA  19103 | Tacoma, WA 98402-3584 |
| (215) 972-1376 | (253) 572-5324 |
| Fax: (215) 972-0277 | Fax: (253) 627-8928 |
| Email: jmeyerson@meyersonlawfirm.com | Email: paulao@burgessfitzer.com |

### ORDER

The Stipulation of the parties is hereby **APPROVED and GRANTED.**  The new trial date is December 11, 2006.  The clerk shall issue a new Minute Order Scheduling remaining Pretrial Dates in conformity with the parties' Stipulation.

DATED this 17th day of May 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR TRIAL CONTINUANCE - 3
C:\Documents and Settings\rmiller\Local Settings\Temp\notesE1EF34\06 May 17 Brannan Stip for New TD.wpd

BURGESS FITZER, P.S.
ATTORNEYS AT LAW
1145 BROADWAY STREET, SUITE 400
TACOMA, WASHINGTON 98402-3584
(253) 572-5324    FAX (253) 627-8928