The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL BRANNAN, Individually, as Administrator of the estate of BARBARA BRANNAN, Deceased, and as Parent and Natural Guardian for his minor children S.B. and R.B., <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWEST PERMANENTE, P.C.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; MINDY ROTHBARD, M.D.; and MIKE G. LIN, M.D., <br><br> Defendants. | NO. C05 05157 FDB <br><br> DECLARATION OF JACK A. MEYERSON IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO AMEND COMPLAINT <br><br> Noted: July 26, 2006 |

JACK A. MEYERSON declares under penalty of perjury pursuant to the laws of the State of Washington as follows:

1      <u>Identity and Competency</u>. I am a lawyer with Meyerson & O'Neill and am one of the lawyers responsible for this litigation. I have personal knowledge of the facts set forth below and am competent to testify.

---

DECLARATION OF JACK A. MEYERSON IN SUPPORT OF
PLAINTIFFS' RESPONSE TO DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTION TO AMEND COMPLAINT - 1
No. C05 05157 FDB

**GORDON MURRAY TILDEN LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

2. Your Affiant, trial counsel for plaintiffs drafted the proposed Third Amended Complaint. The purpose of the Amended Complaint is to clarify what will and what will not be part of plaintiffs' claims for negligence and presentation at trial. Specifically, after the completion of discovery to date, plaintiffs determined that the fact that the prescription at issue for amphetamine salts, was for an "off-label" use and in a generic form did not cause plaintiffs' death. Rather the negligence that caused plaintiff's death is the fact that the doctors at Kaiser Permanente missed available information in the decedent's medical history to the effect that she suffered from myocardial fibrosis and a defect in her heart conduction system. Both of these medical conditions made the prescription of amphetamine salts inappropriate and dangerous.

3. The manner in which the amphetamine salts were prescribed was equally irresponsible. Specifically, as pled in the proposed Amended Complaint, Dr. Rothbard at the time she prescribed the medication did not familiarize herself with the patient's medical history, was unaware of her heart conduction defect and did not undertake a blood pressure reading much less conduct a cardiovascular examination. Then, Dr. Rothbard greatly increased the dosage and quantity of amphetamine salts, to a three-month supply based solely on a telephone conversation. She did not interview the decedent personally nor take any medical readings to see how she was doing and the effect the amphetamine was having on her system.

4. The argument that the proposed complaint references "Kaiser Permanente" which somehow prejudices the defendants is specious. The currently pending complaint (Exhibit "A" to Plaintiffs' Response to Defendants' Response to Plaintiffs' Motion to Amend Complaint) repeatedly mentions "Kaiser Permanente". Kaiser Permanente is the name of the defendants' business, it is how they were known by decedent and that is how they are known by the public and it is how they publicize themselves on their website.

DECLARATION OF JACK A. MEYERSON IN SUPPORT OF
PLAINTIFFS' RESPONSE TO DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTION TO AMEND COMPLAINT - 2
No. C05 05157 FDB

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

I declare under penalty of perjury pursuant to the laws of the State of Washington that the foregoing is true and correct.

DATED this __25__ day of __July__, 2006, at Philadelphia, Pennsylvania.

_____
Jack A. Meyerson

DECLARATION OF JACK A. MEYERSON IN SUPPORT OF
PLAINTIFFS' RESPONSE TO DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTION TO AMEND COMPLAINT - 3
No. C05 05157 FDB

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following. The parties will additionally be served in the manner indicated.

| | |
|---|---|
| Connie Elkins McKelvey<br>Hoffman Hart & Wagner LLP<br>1000 SW Broadway, Suite 2000<br>Portland, OR 97205<br>Telephone: 503-222-4499<br>Facsimile: 503-222-2301<br>E-Mail: CEM@hhw.com | Paula T. Olson, WSBA #11584<br>Burgess Fitzer, P.S.<br>1145 Broadway, Suite 400<br>Tacoma, WA 98402-3583<br>Telephone: 253-572-5324<br>Facsimile: 253-627-8928<br>E-mail: paulao@burgessfitzer.com |
| ( ) Mail    ( ) Hand Delivery<br>(x) Fax     ( ) Federal Express | ( ) Mail    ( ) Hand Delivery<br>(x) Fax     ( ) Federal Express |

**GORDON MURRAY TILDEN LLP**


By____/s/_____
Jeffrey I. Tilden, WSBA #12219
Attorneys for Plaintiff
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: jtilden@gmtlaw.com

DECLARATION OF JACK A. MEYERSON IN SUPPORT OF
PLAINTIFFS' RESPONSE TO DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTION TO AMEND COMPLAINT - 4
No. C05 05157 FDB

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292