The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL BRANNAN, Individually, as Administrator of the estate of BARBARA BRANNAN, Deceased, and as Parent and Natural Guardian for his minor children S.B. and R.B., <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWEST PERMANENTE, P.C.; KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST; MINDY ROTHBARD, M.D.; and MIKE G. LIN, M.D., <br><br> Defendants. | NO. C05 05157 FDB <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RE: MIKE G. LIN, M.D. <br><br> **NOTE ON MOTION CALENDAR:** **September 15, 2006** |

THIS MATTER comes before the Court on Plaintiffs' Motion to Compel Production of

Documents re: Mike G. Lin, M.D. The Court has reviewed the motion, the opposition by

defendants, if any, and the exhibits therein.

ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS RE: MIKE G. LIN, M.D.- 1
No. C05 05157 FDB

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

IT IS ORDERED that Plaintiffs' Motion to Compel Production of Documents re: Mike G. Lin, M.D. is GRANTED.

DATED this _____ day of _____, 2006.

_____
Hon. Franklin D. Burgess
United States District Judge

Presented by:

**GORDON MURRAY TILDEN** LLP

By_____
    Jeffrey I. Tilden, WSBA #12219
    Attorneys for Plaintiff

**MEYERSON & O'NEILL**
Jack A. Meyerson
Debora A. O'Neill
1700 Market Street, Suite 2632
Philadelphia, PA 19103
215-972-1376
(Fax) 215-972-0277
jmeyerson@meyersonlawfirm.com
doneill@meyersonlawfirm.com

ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS RE: MIKE G. LIN, M.D.- 2
No. C05 05157 FDB

**GORDON MURRAY TILDEN** LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Connie Elkins McKelvey<br>Hoffman Hart & Wagner LLP<br>1000 SW Broadway, Suite 2000<br>Portland, OR 97205<br>Telephone: 503-222-4499<br>Facsimile: 503-222-2301<br>E-Mail: CEM@hhw.com | Paula T. Olson, WSBA #11584<br>Burgess Fitzer, P.S.<br>1145 Broadway, Suite 400<br>Tacoma, WA 98402-3583<br>Telephone: 253-572-5324<br>Facsimile: 253-627-8928<br>E-mail: paulao@burgessfitzer.com |

**GORDON MURRAY TILDEN LLP**

By: s/ Jeffrey I Tilden
    Jeffrey I. Tilden, WSBA #12219
    Attorneys for Plaintiff
    1001 Fourth Avenue, Suite 4000
    Seattle, WA 98154-1007
    Telephone: (206) 467-6477
    Facsimile: (206) 467-6292
    Email: jtilden@gmtlaw.com

ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS RE: MIKE G. LIN, M.D.- 3
No. C05 05157 FDB

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292